IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                          5:15-CR-135 (BKS)

ERGYS METASHI

## WAIVER OF APPEARANCE AT ARRAIGNMENT

_Ergys Metashi_, a defendant in the above captioned matter, hereby acknowledges that he has reviewed a copy of the Indictment in this matter, has consulted with counsel concerning his right to a formal arraignment upon the Indictment filed in the above-captioned matter, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, and waives his right to a formal arraignment and enters a plea of not guilty to all charges contained within the Indictment.

**DEFENDANT:**

Dated: May 09, 2015                    _____
                                        [Signature of Defendant]

**DEFENDANT'S COUNSEL:**

Dated: May 8, 2015                    _____
                                        [Signature of Attorney]