IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      vs.                                  Criminal Action No.:
                                                        5:15-CR-135 (BKS)

ERGYS METASHI,

                 Defendant.

_____

MICHAEL F. PERRY Assistant U.S. Attorney
DANIEL DeMARIA, Esq. for Defendant

ANDREW T. BAXTER, United States Magistrate Judge

**ORDER APPROVING WAIVER OF APPEARANCE AT ARRAIGNMENT**

Defendant has been charged by Indictment dated April 30, 2015 with Bringing an Alien into the United States, in violation of Title 8 U.S.C.§ 1324(a)(2) and 1324(a)(2)(B)(ii). (Dkt. No. 7).

Defendant and defendant's counsel, Daniel DeMaria, Esq., have completed a written form advising the court that Ergys Metashi wishes to waive his right to appear at a formal arraignment on the pending Indictment, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, as amended. (Dkt. No. 9).

Based upon the defendant's voluntary representations, as confirmed by his attorney, and the understanding that Daniel DeMaria, Esq. has explained the consequences of the waiver of appearance to his client, I accept his waiver as knowing and voluntary.  Accordingly, it is hereby

ORDERED that the clerk is directed to enter a plea of not guilty to    Indictment No. 5:15-CR-135 (BKS), dated April 30, 2015, on behalf of the defendant, Ergys

Metashi, such plea to be docketed as having been entered on the date of the signing of this order.

Dated: May 11, 2015

Hon. Andrew T. Baxter
U.S. Magistrate Judge